[No. 10937–2–III.   Division Three.   July 9, 1991.]

*In the Matter of the Estate of*
NELLIE F. DAVIS.

BERNE DAVIS, *as Personal Representative, Appellant,* v.
THE DEPARTMENT OF REVENUE,
*Respondent.*

Appeal from a judgment of the Superior Court for Whitman County, No. 87–4–00012–1, Wallis W. Friel, J., entered June 22, 1990. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

[No. 12760–1–II.   Division Two.   July 10, 1991.]

LONG PAINTING COMPANY, *Respondent,* v. WESLEY G. LEMATTA, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Clark County, No. 87–2–02564–4, Robert L. Harris, J., entered March 17, 1989. *Affirmed as modified* by unpublished opinion per Petrich, A.C.J., concurred in by Alexander and Morgan, JJ.

[No. 12856–0–II.   Division Two.   July 10, 1991.]

ROBERT WILSON, ET AL, *Appellants,* v. KARR, TUTTLE, KOCH, CAMPBELL, MAWER, MORROW & SAX, P.S., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87–2–04812–3, J. Kelley Arnold, J., entered May 12, 1989. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Morgan, J.